AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HULL, FRANK M | U.S.CT OF APPEALS-11TH CIRCUIT | 05/10/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.CT OF APPEALS JUDGE-ACTIVE | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final | 01/01/2005 to 12/31/2005 |

5b. ☐ Amended Report

**7. Chambers or Office Address**

U.S. Court of Appeals
56 Forsyth Street, NW
Atlanta, GA 30303

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer_____ Date_____

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Guardian/Trustee/Custodian | Stock & Bond Accts ▆▆▆▆ |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2005 MAY 11 A 11:51 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/10/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | ████████ (architect's salary) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | U.S. Agency for International Development | Nov 26-Dec 3, Airfare, lodging, & meals for participation at International Conference & Showcase on Judicial Reforms, Manila, Phillipines |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/10/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Undev. Real Estate: ███ Henry Cty, GA | | None | L | W | | | | | |
| 2. Real Estate: Atlanta, GA (Parcel 3: WW) | | None | K | W | | | | | |
| 3. Real Estate: Atlanta, GA (Parcel 2: WW) | | None | K | W | | | | | |
| 4. Real Estate: Atlanta, GA (Parcel 1: WW) | | None | O | W | | | | | |
| 5. Real Estate: Augusta, GA Property (18% interest) | | None | K | W | | | | | |
| 6. MERRILL LYNCH-IRA ACCT (with following stocks): | | | | | | | | | |
| 7. -Adobe Sys Del | | None | J | T | | | | | |
| 8. -Alcoa Inc | | None | | | sell | 7/21 | J | | |
| 9. -Ambac Fincl Grp NY | A | Dividend | J | T | | | | | |
| 10. -Amer Intl Group Inc | A | Dividend | J | T | | | | | |
| 11. -AmGen Inc | | None | J | T | | | | | |
| 12. -Applied Material Inc. | | None | | | sell | 3/2 | J | | |
| 13. -Biomet Inc | A | Dividend | J | T | | | | | |
| 14. -BJ Services Co | A | Dividend | J | T | buy | 7/26 | J | | |
| 15. -Burlington Resources Inc | A | Dividend | K | T | | | | | |
| 16. -Caremark Rx Inc | | None | J | T | | | | | |
| 17. -Carnival Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Chicos Fas Inc | | None | J | T | buy | 7/26 | J | | |
| 19. -Citigroup Inc. | A | Dividend | J | T | | | | | |
| 20. -Constellation Brands Inc | | None | J | T | buy | 7/26 | J | | |
| 21. -Danaher Corp | A | Dividend | J | T | | | | | |
| 22. -Dell Inc | B | Dividend | | | sell | 7/21 | J | B | |
| 23. -Embraer Empresa Bras | A | Dividend | J | T | buy | 3/7 | J | | |
| 24. -Expedia Inc | | None | J | T | buy | 3/2 | J | | |
| 25. -Garmin Ltd | A | Dividend | J | T | buy | 3/7 | J | | |
| 26. -IAC Interactive Corp | | | | | buy | 3/7 | J | | |
| 27. -IAC Interactive Corp | | None | J | T | buy | 7/26 | J | | |
| 28. -Lauder Estee Cos | A | Dividend | J | T | | | | | |
| 29. -L-3 Commnctns Holdg | B | Dividend | | | sell | 3/2 | J | B | |
| 30. -McAfee Inc | | None | J | T | buy | 7/26 | J | | |
| 31. -Medtronic Inc. | A | Dividend | | | sell | 3/2 | J | A | |
| 32. -Microsoft Corp | | None | | | sell | 7/21 | J | | |
| 33. -Nabors Industries Ltd. | C | Dividend | | | sell | 7/21 | J | C | |
| 34. -News Corp | A | Dividend | J | T | buy | 7/26 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Omnicom Group Com. | | None | | | sell | 7/21 | J | | |
| 36. -Qualcomm Inc. | A | Dividend | J | T | | | | | |
| 37. -Republic Services Inc. | B | Dividend | | | sell | 3/2 | J | B | |
| 38. -Roper Industries Inc. | A | Dividend | J | T | | | | | |
| 39. -SAP AKGSLTT | A | Dividend | J | T | buy | 7/26 | J | | |
| 40. -Starwood Htls & Resorts | A | Dividend | J | T | | | | | |
| 41. -Stryker Corp | A | Dividend | J | T | buy | 3/7 | J | | |
| 42. -Transocean Inc | | None | J | T | buy | 7/26 | J | | |
| 43. -Viacom Inc. | | None | | | sell | 7/21 | J | | |
| 44. -Weatherford Intl Ltd | | None | J | T | buy | 7/26 | J | | |
| 45. -Williams Sonoma Inc | B | Dividend | | | sell | 7/21 | J | B | |
| 46. MERRILL LYNCH-ACCT #2 (with following stocks): | | | | | | | | | |
| 47. -Adobe Sys Del | | None | J | T | | | | | |
| 48. -American Express Co | A | Dividend | J | T | buy add'l | 7/26 | J | | |
| 49. -Ameriprise Finl Inc | B | Dividend | J | T | spinoff | 10/1 | J | B | from American Express |
| 50. -Amgen Inc | | None | J | T | | | | | |
| 51. -Bank of America Corp | A | Dividend | J | T | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -BioMet Inc | A | Dividend | J | T | | | | | |
| 53. -BJ Services Co | A | Dividend | J | T | buy | 7/26 | J | | |
| 54. -Burlington Resources Inc | A | Dividend | K | T | | | | | |
| 55. -Caremark Rx Inc | | None | J | T | | | | | |
| 56. -Coca-Cola Co | A | Dividend | J | T | | | | | |
| 57. -Constellation Brands Inc | | None | J | T | buy | 7/26 | J | | |
| 58. -Danaher Corp | A | Dividend | J | T | | | | | |
| 59. -Dell Inc | | None | | | sell | 7/26 | J | B | |
| 60. -Embraer Empresa | A | Dividend | J | T | buy | 7/26 | J | | |
| 61. -Home Depot Inc | A | Dividend | J | T | | | | | |
| 62. -Intel Corp | A | Dividend | J | T | | | | | |
| 63. -Lauder Estee Cos Inc | A | Dividend | J | T | | | | | |
| 64. -L-3 Commnctns Holdg | B | Dividend | | | sell | 7/26 | J | B | |
| 65. -Liz Claiborne Inc | A | Dividend | J | T | | | | | |
| 66. -MBNA Corp | A | Dividend | | | sell | 7/26 | J | A | |
| 67. -Microsoft | A | Dividend | J | T | | | | | |
| 68. -Nabors Industries Ltd | C | Dividend | | | sell | 7/26 | J | C | |

1. Income Gain Codes: A =$1,000 or less B =$1,001 - $2,500 C =$2,501 - $5,000 D =$5,001 - $15,000 E =$15,001 - $50,000
 (See Columns B1 and D4) F =$50,001 - $100,000 G =$100,001 - $1,000,000 H1 =$1,000,001 - $5,000,000 H2 =More than $5,000,000
2. Value Codes J =$15,000 or less K =$15,001 - $50,000 L =$50,001 - $100,000 M =$100,001 - $250,000
 (See Columns C1 and D3) N =$250,001 - $500,000 O =$500,001 - $1,000,000 P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -National Finl Partners | A | Dividend | J | T | buy | 7/26 | J | | |
| 70. -Qualcomm Inc | A | Dividend | J | T | | | | | |
| 71. -Republic Services Inc | A | Dividend | J | T | | | | | |
| 72. -Roper Industries Inc | A | Dividend | J | T | | | | | |
| 73. -Tiffany & Co | A | Dividend | J | T | | | | | |
| 74. -Transocean Inc | | None | J | T | buy | 7/26 | J | | |
| 75. -Weatherford Intl Ltd | | None | J | T | buy | 7/26 | J | | |
| 76. -Wellpoint Inc. | | None | J | T | | | | | |
| 77. -Williams Sonoma Inc | C | Dividend | | | sell | 7/26 | J | C | |
| 78. -Willis Group Holdings Ltd | A | Dividend | | | sell | 7/26 | J | A | |
| 79. Real Estate: Ltd Partner, Pinewood Ltd, DeKalb Cty, GA | A | Interest | K | W | | | | | |
| 80. % Stock Owner: Arch. firm, ████ | F | Dividend | N | T | | | | | |
| 81. Note from ████ | E | Interest | M | T | | | | | |
| 82. BJLAS, LLC (16% interest) | C | Interest | J | T | | | | | |
| 83. 401(k) RETIREMENT PLAN/TRUST: ████ consisting of following: | | | | | | | | | |
| 84. -Self-Direct acct (part of 401k above, with following:) | | | | | | | | | |
| 85. -GOVT SECURITIES: | | | | | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Federal Natl Mtg Assn | B | Interest | L | T | | | | | |
| 87. -Federal Home Ln Mtg Corp | B | Interest | K | T | | | | | |
| 88. -Federal Home Loan Bank | B | Interest | K | T | | | | | |
| 89. -CORP BONDS: | | | | | | | | | |
| 90. -Abbott Laboratories | B | Interest | K | T | | | | | |
| 91. -FPL Group Capital Inc | B | Interest | K | T | | | | | |
| 92. -GTE California Inc | B | Interest | K | T | | | | | |
| 93. -Wells Fargo Bank NA | B | Interest | K | T | | | | | |
| 94. -Bank of America Corp | B | Interest | K | T | | | | | |
| 95. -STOCKS: | | | | | | | | | |
| 96. -AFLAC Inc | A | Dividend | K | T | buy | 3/7 | K | | |
| 97. -Avon Prod Inc | D | Dividend | | | sell | 3/7 | K | D | |
| 98. -BP | A | Dividend | K | T | | | | | |
| 99. -Burlington Resources Inc | A | Dividend | L | T | | | | | |
| 100. -Citigroup Inc | B | Dividend | K | T | buy | 3/7 | K | | |
| 101. -ConocoPhillips | A | Dividend | K | T | | | | | |
| 102. -Coca Cola Com | | None | | | sell | 3/7 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -FPL Group Inc | B | Dividend | K | T | | | | | |
| 104. -General Electric | A | Dividend | K | T | | | | | |
| 105. -Hershey Foods Corp | A | Dividend | K | T | buy | 3/7 | K | | |
| 106. -IBM | A | Dividend | K | T | | | | | |
| 107. -Ingersoll Rand Co Ltd | A | Dividend | K | T | | | | | |
| 108. -Johnson and Johnson | A | Dividend | K | T | | | | | |
| 109. -Kellogg Co | A | Dividend | K | T | | | | | |
| 110. -Kinder Morgan Inc | A | Dividend | J | T | | | | | |
| 111. -McGraw Hill Cos | A | Dividend | K | T | | | | | |
| 112. -Mellon Financial Corp | | None | | | sell | 3/7 | K | | |
| 113. -Microsoft Corp | A | Dividend | K | T | | | | | |
| 114. -Nike Inc | C | Dividend | | | sell | 3/7 | K | C | |
| 115. -Nordstrom Inc | A | Dividend | K | T | buy | 3/7 | K | | |
| 116. -Novartis ADR | A | Dividend | K | T | | | | | |
| 117. -Omnicom Group | A | Dividend | K | T | | | | | |
| 118. -PepsiCo Inc | A | Dividend | K | T | buy | 3/7 | K | | |
| 119. -Price T Rowe Group Inc | C | Dividend | | | sell | 3/7 | K | C | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -Proctor Gamble | A | Dividend | K | T | | | | | |
| 121. -Torchmark Corp | A | Dividend | K | T | | | | | |
| 122. -United Health Group Inc | A | Dividend | K | T | | | | | |
| 123. -United Techs Corp | A | Dividend | K | T | | | | | |
| 124. -Wells Fargo & Co | A | Dividend | K | T | | | | | |
| 125. -Waste Management Inc | A | Dividend | J | T | | | | | |
| 126. MERRILL LYNCH-IRA ACCT (with following stocks) | | | | | | | | | |
| 127. -Adobe Sys | | None | J | T | | | | | |
| 128. -Alcoa Inc | | None | | | sell | 7/21 | J | | |
| 129. -Ambac Fincl Grp NY | A | Dividend | J | T | | | | | |
| 130. -Amer Intl Group Inc | A | Dividend | J | T | | | | | |
| 131. -Amgen Inc | | None | J | T | | | | | |
| 132. -Applied Material Inc | | None | | | sell | 7/21 | J | | |
| 133. -Biomet Inc | A | Dividend | J | T | | | | | |
| 134. -Burlington Resources Inc | A | Dividend | J | T | | | | | |
| 135. -Carnival Corp | A | Dividend | J | T | | | | | |
| 136. -Caremark Rx Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Chicos Fas Inc | | None | J | T | buy | 7/26 | J | | |
| 138. -Citigroup Inc | A | Dividend | J | T | | | | | |
| 139. -Constellation Brands Inc | | None | J | T | buy | 7/26 | J | | |
| 140. -Danaher Corp | A | Dividend | J | T | | | | | |
| 141. -Dell Inc | B | Dividend | | | sell | 7/21 | J | B | |
| 142. -Embraer Empresa Bras | A | Dividend | J | T | buy | 7/26 | J | | |
| 143. -Expedia Inc | | None | J | T | exchange | 8/9 | J | | |
| 144. -Garmin Ltd | A | Dividend | J | T | buy | 3/7 | J | | |
| 145. -IAC Interactive Corp | | | | | buy | 7/26 | J | | |
| 146. -IAC Intteractive Corp | | None | J | T | part exchng | 8/9 | J | | exchg for Expedia |
| 147. -Lauder Estee Cos Inc | A | Dividend | J | T | | | | | |
| 148. -L-3 Commnctns Holdg | A | Dividend | | | sell | 7/21 | J | A | |
| 149. -McAfee Inc | | None | J | T | buy | 7/26 | J | | |
| 150. -Medtronic Inc | A | Dividend | | | sell | 3/7 | J | A | |
| 151. -Microsoft Corp | | None | | | sell | 7/21 | J | | |
| 152. -Nabors Industries Ltd | B | Dividend | | | sell | 7/21 | J | B | |
| 153. -News Corp | A | Dividend | J | T | buy | 7/26 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J=$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Omnicom Group | | None | | | sell | 7/21 | J | | |
| 155. -Qualcomm Inc | A | Dividend | J | T | | | | | |
| 156. -Republic Services Inc | A | Dividend | | | sell | 3/7 | J | A | |
| 157. -Roper Industries Inc | A | Dividend | J | T | | | | | |
| 158. -SAP AKGSLTT | A | Dividend | J | T | buy | 7/26 | J | | |
| 159. -Starwood Htls & Resorts PC | A | Dividend | J | T | | | | | |
| 160. -Stryker Corp | A | Dividend | J | T | buy | 3/7 | J | | |
| 161. -Transocean Inc | | None | J | T | buy | 7/26 | J | | |
| 162. -Viacom Inc | | None | | | sell | 7/21 | J | | |
| 163. -Weatherford Intl Ltd | | None | J | T | buy | 7/26 | J | | |
| 164. -Williams Sonoma Inc | | None | J | T | | | | | |
| 165. MERRILL LYNCH-PMA ACCT (consisting of following stocks:) | | | | | | | | | |
| 166. -Adobe Sys | | None | K | T | | | | | |
| 167. -American Express Co. | A | Dividend | L | T | | | | | |
| 168. -Ameriprise Finl Inc | A | Distribution | J | T | spinoff | 10/1 | J | D | from American Express |
| 169. -Amgen Inc | A | Dividend | L | T | | | | | |
| 170. -Applied Material Inc | | None | | | sell | 7/22 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Bank of America Corp | B | Dividend | K | T | | | | | |
| 172. -Biomet Inc. | A | Dividend | J | T | | | | | |
| 173. -BJ Services Co | A | Dividend | L | T | buy | 7/27 | K | | |
| 174. -Burlington Resources | A | Dividend | L | T | | | | | |
| 175. -Caremark Rx Inc | | None | L | T | | | | | |
| 176. -Coca-Cola Co. | | None | | | sell | 12/23 | K | | |
| 177. -Danaher Corp | A | Dividend | K | T | | | | | |
| 178. -Dell Inc | D | Dividend | | | sell | 7/22 | K | D | |
| 179. -Embraer Empresa Bras | B | Dividend | K | T | buy | 7/27 | L | | |
| 180. -Expedia Inc | | None | J | T | exchange | 8/9 | J | | |
| 181. -Gannett Co Inc | A | Dividend | J | T | | | | | |
| 182. -Genzyme Corp | | None | L | T | | | | | |
| 183. -Garmin Ltd | A | Dividend | K | T | buy | 7/27 | L | | |
| 184. -Home Depot Inc | | None | | | sell | 12/23 | K | | |
| 185. -IAC Interactive Corp | | | | | buy | 7/27 | L | | |
| 186. -IAC Interactive Corp | | None | J | T | partial exch | 8/9 | J | | exchange for Expedia |
| 187. -Intel Corp | | None | | | sell | 12/23 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P4 =More than $50,000,000    T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Lauder Estee Cos Inc | | None | | | sell | 12/23 | K | | |
| 189. -L-3 Commnctns Holdg | | None | | | sell | 7/22 | K | D | |
| 190. -Liz Claiborne Inc | A | Dividend | K | T | | | | | |
| 191. -MBNA Corp | C | Dividend | | | sell | 7/22 | K | C | |
| 192. -McAfee Inc | | None | J | T | buy | 7/27 | K | | |
| 193. -Microsoft Corp | A | Dividend | K | T | | | | | |
| 194. -Nabors Industries Ltd | E | Dividend | | | sell | 7/22 | L | E | |
| 195. -National Finl Partners | A | Dividend | L | T | buy | 7/27 | L | | |
| 196. -News Corp | A | Dividend | K | T | buy | 7/27 | K | | |
| 197. -Qualcomm Inc | A | Dividend | K | T | | | | | |
| 198. -Republic Services Inc | D | Dividend | | | sell | 7/22 | K | D | |
| 199. -Roper Industries Inc | A | Dividend | K | T | | | | | |
| 200. -Tiffany & Co. | A | Dividend | L | T | | | | | |
| 201. -Transocean Inc | | None | K | T | buy | 7/27 | L | | |
| 202. -Weatherford Intl Ltd | | None | K | T | buy | 7/27 | L | | |
| 203. -Wellpoint Inc | | None | L | T | | | | | |
| 204. -Williams Sonoma | D | Dividend | | | sell | 7/22 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Willis Group Holdings Ltd | | None | | | sell | 7/22 | K | | |
| 206. Real Estate: Ltd Partner, Peachtree So Ltd, Atlanta, GA | A | Rent | J | W | | | | | |
| 207. Real Estate: Ltd Partner, 179 Whitehall, Atlanta, GA | B | Rent | J | W | | | | | |
| 208. Real Estate: Atlanta, GA (Parcel 3: WW) | | None | K | W | | | | | |
| 209. Real Estate: Atlanta, GA (Parcel 2: WW) | | None | K | W | | | | | |
| 210. MERRILL LYNCH-RHA Acct (with following stocks) | | | | | | | | | |
| 211. -American Express Co | A | Dividend | J | T | | | | | |
| 212. -Ameriprise Finl Inc | | | | | spinoff | 10/1 | J | A | from American Express |
| 213. -Ameriprise Finl Inc | A | Dividend | | | sell | 11/8 | J | A | |
| 214. -Amgen Inc | B | Dividend | | | sell | 3/22 | J | B | |
| 215. -Bank of America Corp | A | Dividend | | | sell | 6/21 | J | A | |
| 216. -BJs Wholesale Club Inc | | None | J | T | buy | 3/7 | J | | |
| 217. -Biomet Inc | A | Dividend | | | sell | 11/8 | J | A | |
| 218. -Burlington Resources Inc | C | Dividend | | | sell | 12/23 | J | C | |
| 219. -Danaher Corp | A | Dividend | | | sell | 11/8 | J | A | |
| 220. -Dell Inc | A | Dividend | | | sell | 3/22 | J | A | |
| 221. -Embraer Empresa Bras | A | Dividend | J | T | buy | 3/7 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Home Depot Inc | A | Dividend | | | sell | 6/21 | J | A | |
| 223. -Lauder Estee Cos Inc | A | Dividend | | | sell | 9/8 | J | A | |
| 224. -L-3 Commnctns Holdg | A | Dividend | | | sell | 3/22 | J | A | |
| 225. -MBNA Corp | A | Dividend | | | sell | 11/8 | J | A | |
| 226. -Microsoft Corp | | None | | | sell | 9/8 | J | | |
| 227. -Nabors Industries Ltd | B | Dividend | J | T | | | | | |
| 228. -Omnicom Group | | None | | | sell | 9/8 | J | | |
| 229. -Tiffany & Co New | B | Dividend | J | T | | | | | |
| 230. -Williams Sonoma Inc | A | Dividend | | | sell | 3/22 | J | A | |
| 231. -Willis Group Holdings Ltd | A | Dividend | | | sell | 3/22 | J | A | |
| 232. Real Estate: Atlanta, GA ▪ (Parcel 4: WW) | | None | K | W | | | | | |
| 233. Real Estate: Atlanta, GA ▪ (Parcel 3: WW) | | None | K | W | | | | | |
| 234. Real Estate: Atlanta GA ▪ (Parcel 2: WW) | | None | K | W | | | | | |
| 235. Undev. Real Estate: ▪ NC ▪ | | None | O | W | | | | | |
| 236. Real Estate: Atlanta, GA ▪ (Parcel 4: WW) | | None | L | W | | | | | |
| 237. Real Estate: Atlanta, GA ▪ (Parcel 3: WW) | | None | K | W | | | | | |
| 238. Real Estate: Atlanta, GA ▪ (Parcel 2: WW) | | None | K | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/10/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Real Estate: Atlanta, GA ▇▇ (1/3 KP) | | None | M | W | | | | | |
| 240. Real Estate: Atlanta, GA ▇ (1/3 KP) | | None | M | W | | | | | |
| 241. Real Estate: Atlanta, GA (1/3 KP) | | None | M | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/10/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M | 05/10/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████████████████       Date_____ *10 may 06*_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544